BILLY J. WILLIAMS, OSB #901366
United States Attorney
**PAMALA R. HOLSINGER, OSB #892638**
Assistant United States Attorney
Pamala.Holsinger@usdoj.gov
**GARY Y. SUSSMAN, OSB #873568**
Assistant United States Attorney
gary.sussman@usdoj.gov
**PAUL T. MALONEY, OSB #013366**
Assistant United States Attorney
Paul.Maloney@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**W. JOSEPH ASTARITA,**<br><br>**Defendant.** | 3:17-CR-00226-JO<br><br>**GOVERNMENT'S EXPERT WITNESS LIST** |

The United States of America, by Billy J. Williams, United States Attorney for the District of Oregon, and Pamala R. Holsinger, Gary Y. Sussman, and Paul T. Maloney, Assistant United States Attorneys, submits the following list of its expert witnesses:

1. Victoria Dickerson, Senior Forensic Scientist Oregon State Police Forensic Laboratory. Evidence collection, scene analysis, firearms ballistics and trajectory expert.

2. Deputy Kevin Turpen, Deschutes County Sheriff's Office.
   Accident reconstruction expert

3. Daniel Alessio, Forensic Scientist, Oregon State Police Forensic Laboratory.
   Firearms and tool mark examination expert.

4. Detective Zach Neeman, Deschutes County Sheriff's Office.
   Digital evidence collection, data extraction, and computer forensics expert.

5. Frank Piazza, President, Audio Paint, Ltd., and Legal Audio Video.
   Audio/video expert.

6. Jeff M. Smith and Catalin Grigoras, Forensic Media Services, Ltd.
   Forensic media analysis and photogrammetry experts.

7. Michael Haag, Forensic Science Consultants.
   Firearms, ballistics and trajectory, shooting incident reconstruction, 3D laser scanning expert.

8. Toby Terpstra, Senior Forensic Animator, Kineticorp, LLC.
   Photogrammetry, video analysis, 3D digitization and shooting incident reconstruction expert.

The government reserves the right to retain, consult, and call additional experts based upon the evidence presented and the arguments raised during the course of this criminal case.

DATED this 1st day of December 2017.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

/s/ Paul T. Maloney
PAUL T. MALONEY
PAMALA R. HOLSINGER
GARY Y. SUSSMAN
Assistant United States Attorneys